DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 03-258 EJG |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JAMES JACKSON, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

Defendant, JAMES JACKSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Executive Assistant U.S. Attorney Carolyn K. Delaney, hereby stipulate as follows:

    1.  Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.  On May 7, 2004, this Court sentenced Mr. Jackson to a term of imprisonment of 168 months;

    3.  The sentencing range applicable to Mr. Jackson was

1 subsequently lowered by the United States Sentencing Commission in
2 Amendment 706 by two levels;
3     4.   Mr. Jackson's adjusted offense level has been reduced from 35
4 to 33, and a sentence at the low end of the new guideline range is 135
5 months;
6     5.   Accordingly, the parties request the court enter the order
7 lodged herewith reducing Mr. Jackson's term of imprisonment to an
8 aggregate term of 135 months.
9 Dated: May 29, 2008
10 Respectfully submitted,

11 McGREGOR SCOTT                         DANIEL J. BRODERICK
United States Attorney                Federal Defender

 /s/ *Carolyn K. Delaney*               /s/ *David M. Porter*
14 CAROLYN K. DELANEY                      DAVID M. PORTER
Executive Assistant U.S. Attorney   Assistant Federal Defender

Attorney for Plaintiff                Attorney for Movant
16 UNITED STATES OF AMERICA            JAMES JACKSON

17                                        ORDER
18     This matter came before the Court on the stipulated motion of the
19 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
20     On May 7, 2004, this Court sentenced Mr. Jackson to a term of
21 imprisonment of 168 months.  The parties agree, and the Court finds,
22 that Mr. Jackson is entitled to the benefit of the retroactive
23 amendment reducing crack cocaine penalties, which reduces the
24 applicable offense level from 35 to 33.
25     IT IS HEREBY ORDERED that the term of imprisonment originally
26 imposed is reduced to an aggregate term of 135 months.
27
28 STIPULATION and ORDER REDUCING SENTENCE
-2-

1  IT IS FURTHER ORDERED that all other terms and provisions of the
2  original judgment remain in effect.
3  Unless otherwise ordered, Mr. Jackson shall report to the United
4  States Probation office closest to the release destination within
5  seventy-two hours after his release.
6  Dated: June 3, 2008

                                        /s/ Edward J. Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        United States District Judge

STIPULATION and ORDER REDUCING SENTENCE
-3-